UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIAZAR ANGULO-CERVANTES,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>NATALIE ASHER, et al.,<br><br>　　　　　　　Respondents. | NO.  C14-548-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondent's motion to dismiss, Dkt. 7, is GRANTED.

3. Petitioner's habeas petition, Dkt. 1, is DENIED as moot.

4. Petitioner's request for attorney's fees, Dkt. 9, is DENIED without prejudice as premature.

5. This action is DISMISSED without prejudice.

\\

\\

ORDER OF DISMISSAL - 1

6. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 28th day of July, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2